UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No.   22-cr-00028 (TSC) |
| NICHOLAS LATTANZI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT MOTION TO CONTINUE STATUS CONFERENCE

Mr. Nicholas Lattanzi, through undersigned counsel, and joined with the United States Attorney for the District of Columbia, request that the status conference currently scheduled for April 14, 2022 at 12:00 p.m. be continued for 90 days, and time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161. In support, the parties submit as follows:

1. On January 10, 2022, Mr. Lattanzi was charged via criminal complaint with one count of Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. 1752(a)(1); one count of Knowingly Engaging in Disorderly or Disruptive Conduct in any Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2); one count of Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(D), and one count of Parading, Demonstrating or Picketing in a Capitol Building, in violation of 40 U.S.C. 5104(e)(2)(G). *See* ECF No. 1.

2. On January 11, 2022, Mr. Lattanzi was arrested in his home jurisdiction of Delaware. *See* ECF No. 5.

1

3. On January 13, 2022, Mr. Lattanzi had his Initial Appearance in U.S. District Court for the District of Columbia where he was released on his personal recognizance subject to conditions. *See* ECF No. 7.

4. On January 20, 2022, the government filed an information charging Mr. Lattanzi with the same offenses listed above in ¶ 1. *See* ECF No. 8.

5. On February 4, 2022, this Court arraigned Mr. Lattanzi on the information, and set a status conference for April 14, 2022 at 12:00 p.m. *See* Minute Entry.

6. Since January 27, 2022, the parties agreed to a protective order governing the dissemination of discovery and disclosure of sealed material. *See* ECF Nos. 10 & 11.

7. Recently, the government released a large amount of discovery in the case. The amount of discovery is voluminous, and with current caseloads, will take more than several weeks to review. Additionally, even after defense counsel reviews the discovery, arrangements will still need to be made to allow Mr. Lattanzi to do so, pursuant to the protective order.

8. Additionally, the parties have begun preliminary negotiations about a pre-trial disposition but need additional time to work through options and approvals, with substantive discussions not being able to take place until after both defense counsel and Mr. Lattanzi have had a chance to review the discovery in full.

9. Accordingly, the parties now jointly move this Court to continue the status conference, currently scheduled for April 14, 2022, for a period of 90 days. Such a continuance will allow for the continued provision and review of discovery, as well as allow the parties to continue discussions regarding a possible resolution of this matter short of trial.

10. The parties are available for most of the potential proceeding time slots during the week of July 11, 2022, if the Court's schedule is agreeable.

11. The parties also request that time be excluded from calculation, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, until the date of the continued status conference in this matter. The parties submit that a continuance of approximately 90 days is warranted and that an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial.

**WHEREFORE**, Mr. Lattanzi asks in conjunction with the United States that this Honorable Court continue the Status Conference currently scheduled for April 14, 2022 at 12:00 p.m. for a period of 90 days, and toll time under the Speedy Trial Act until the new hearing date.

Respectfully submitted,

/s/ *Jeffery P. McLane*
Jeffery P. McLane
McLane Law, LLC
De. Bar ID #6183
17527 Nassau Commons Blvd., Suite 103
Lewes, De. 19958
(302) 448-5946
jeff@mclane.law
*Pro Hac Vice*

/s/ *Charles R. Haskell*
Charles R. Haskell
Law Offices of Charles R. Haskell, P.A.
641 Indiana Ave. NW
Washington, D.C. 20004
(202) 888-2728
charles@charleshaskell.com

UNITED STATES ATTORNEY

/s/ *Zachary Phillips*
Zachary Phillips
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Colorado
1801 California Street, Suite 80202
Denver, Colorado
(303) 454-0118
zachary.phillips@usdoj.gov