# Exhibit A

Andrew Haley
25689 Deauville Pl
Millsboro, De 19966
302-393-0843
andrewmhaley@hotmail.com

November 1, 2022

To: The Honorable judge

Re: Character Reference for Court Regarding Nick Lattanzi

Your honor:
I, Andrew Haley, am writing this character reference letter about Nick Lattanzi who has been a member of my church and a friend for at least 8 years.

During which time I have observed Nick to be polite, helpful, and faithful at church. Nick loves the Lord and anytime he has been asked to help or participate, he has been willing to do so. Nick has always been easy to talk to and a hard worker. Nick gets along with everybody.

I hope you consider my reference letter when determining the outcome of this case. Nick's servant heart makes him a valuable member of society.

Sincerely,

Andrew Haley

Dear Judge Shutkan,

We are grateful for your willingness to learn about Nicholas through our letters. It comforts us to know of your commitment to your honorable position.

We're sure you already know how much we love our son, we felt the need to tell you anyway. We want to give you a little glimpse of what Nick is like.
 He is up at the crack of dawn to make it to work each day and has earned a recent promotion. He enjoys gathering with friends usually at their homes, he's never been one to hang out in bars unless there is a Karaoke opportunity which he loves. Many times I have come home to a kitchen with flour dust everywhere and Nick in the center rolling out homemade pasta, or a huge pot on the stove as he makes Kombucha. He loves to workout and stays healthy in mind and body through his diet and commitment to no drugs or alcohol. He enjoys playing sports in the yard with his brother, nature walks, touring historical buildings, museums and old churches, and pre-plans his trips each year to the annual Renaissance fair. Nick is always the first one ready for church and enjoys going on retreats with his church family. He loves nature and looking for animals and reptiles. He recently brought an injured bird home and nursed it back to health. The bird became very trusting of Nick and would land on him whenever he came near. Unfortunately the bird went missing, it wouldn't surprise us a bit if Nick secretly shed a few tears for that darn bird. He loves deeply.

Nick's had his heart broken twice, he reserve's the next piece of it for the women he will marry, he looks forward to that day and becoming a father. Seeing the love he pours out on his younger brother (his best friend) makes us know he will be a great dad someday.

We will continue to pray for your decision, we can't imagine how difficult your job is. Thanks for your time.

Sincerely.
Jim and Michelle Lattanzi

November 8, 2022

Dear Judge Shutkan,

I am writing this letter on behalf of my nephew Nicholas Lattanzi to give you an idea of his character. Nicholas has a big heart and is the sweetest young man that I know. I am very proud of the person that he has grown up to be.

He is a Christian and always treats people with kindness and respect. He is my favorite, and I have quite a few nephews. Since he was just a little boy, whenever I say "Nicholas, I love you" his reply to this day is "I love you more!"

He has never forgot to thank me for a card or gift. I just can't say enough good things about him. He is a wonderful human being.

Thank you for taking the time to read this. I hope this helps you perceive what kind of person my nephew Nicholas is.

Respectfully,

Kelly Meredith

*Kelly Meredith*

Pastor Jim Peper

21265 John J. Williams Highway

Lewes, DE 19966

To The Honorable Judge Chutkan

I am writing on behalf of Nick Lattanzi. I have known Nick for close to twelve years. During this time, I have seen him grow into a man of tremendous character. Even as a teenager he actively attended church and was involved. As he has gotten older, he has continued to attend our church on a regular and consistent basis. During this time, he has expressed a desire to do what is right and honorable and has publicly confessed this desire before the church when he made a decision to be baptized. He is currently a part of a men's group that is an extension of our church and meets regularly. The offenses committed by Nick, came as a surprise to me as this seemed out of his character.

After speaking with Nick, he has admitted that his actions were unwise. He has also acknowledged the harm that this has inflicted and a desire to correct this behavior in the future. Since the time of the event, he has created accountability for himself amongst his family and other trusted individuals. His desire is to be a man of character and one who demonstrates respect for others. He hopes that in time this will be rebuilt. He is a passionate and determined individual who is directing those characteristics to bettering himself. He has spent the past five years working at Baywood Greens, and despite these events he has managed to earn a promotion in the company. Those who know Nick have seen evidence of remorse, learning and growing from his convicted offense.

Nick has demonstrated that he is committed to moving past this event, and it is my hope that this letter will confirm that.

Sincerely,

Pastor Jim Peper